MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Pamela Q. Devata (pro hac vice)
pdevata@seyfarth.com
John Drury (pro hac vice)
jdrury@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Dr., Ste. 8000
Chicago, IL 60606
Phone: (312) 460-5000
Fax: (312) 460-7000

Attorneys for Defendant,
Sterling Infosystems, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENNIE HAMILTON, | Case No.: 2:17-cv-2502-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR** |
| v. | **DISMISSAL WITH PREJUDICE** |
| STERLING INFOSYSTEMS, INC., | |
| Defendant. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, Bennie Hamilton, Sterling Infosystems, Inc., and Advantage Sales & Marketing,

Inc., hereby stipulate to the dismissal with prejudice of all claims in this action, each party to bear its/their own costs.

Dated this 9th day of November, 2017

/s/ Bennie Hamilton

BENNIE HAMILTON
3718 s. Hazelwood Street #19
Las Vegas, NV 89130
Email: benniehamilton23@yahoo.com
In Proper Person

Dated this 9th day of November, 2017

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax:  702-240-4267

Attorneys for Defendant,
Sterling Infosystems, Inc.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE,

DATED: November 14, 2017